[No. 31200-3-III.   Division Three.   August 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS LEROY SPROUL, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 12-1-00079-8, John Hotchkiss, J., entered October 8, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Fearing, J., and Rawson, J. Pro Tem.

[No. 31336-1-III.   Division Three.   August 12, 2014.]

*In the Matter of the Marriage of* SELISA HUMPHREY, *Appellant*, and LLOYD HUMPHREY, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 10-3-00171-1, Allen Nielson, J., entered November 15, 2012. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 31480-4-III.   Division Three.   August 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JARROD VEILLEUX, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-01185-1, Tari S. Eitzen, J., entered February 5, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Brown, J.